UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIAN SHARIF ALI,

Plaintiff,

v.

NANCY A. BERRYHILL,

Defendant.

CASE NO. C16-1734 JCC-BAT

**ORDER TO SHOW CAUSE**

On April 6, 2017, the Court issued a scheduling order directing plaintiff to file an opening brief by May 1, 2017. Dkt. 10. Plaintiff has filed neither an opening brief nor a motion for an extension of time.

Accordingly, the Court **ORDERS** plaintiff to show cause by **May 11, 2017**, why the matter should not be dismissed for failure to comply with the Court's order. This obligation may be satisfied if plaintiff files an opening brief no later than **May 11, 2017**. If plaintiff does so, the scheduling order is amended to permit the Commissioner to file a response brief by **June 8, 2017**, and plaintiff's optional reply brief may then be filed by **June 22, 2017**.

//

//

//

ORDER TO SHOW CAUSE - 1

1    Plaintiff is cautioned that a failure to timely respond to this show-cause order shall be

2  considered a concession that a dismissal without prejudice is warranted for failure to prosecute.

3    DATED this 4th day of May, 2017.

4

5    _____
     BRIAN A. TSUCHIDA
6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23