UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIAN SHARIF ALI,

          Plaintiff,

  v.

NANCY A. BERRYHILL,

          Defendant.

CASE NO. C16-1734 JCC-BAT

**ORDER RENOTING DEFENDANT'S MOTION TO REMAND FOR SEPTEMBER 5, 2017**

    The Commissioner noted her motion to remand for consideration on the same day it was filed, August 21, 2017. Although in the motion, the Commissioner agrees to precisely the relief plaintiff seeks—reversal and remand for further proceedings—the motion is *not* a stipulated one because the Commissioner has been unable to ascertain plaintiff's consent to the remand. The Court therefore **RENOTES** defendant's motion to remand for consideration on the same day the reply brief is due: **September 5, 2017**. If plaintiff does not reply by that date, the Court will presume that plaintiff agrees that defendant's motion to remand should be granted.

    DATED this 22nd day of August, 2017.

                                        BRIAN A. TSUCHIDA
                                        United States Magistrate Judge

ORDER RENOTING DEFENDANT'S MOTION TO REMAND FOR
SEPTEMBER 5, 2017 - 1