UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIAN SHARIF ALI,

                Plaintiff,

v.

NANCY A. BERRYHILL,

                Defendant.

CASE NO. C16-1734-JCC

ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS

    The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 22), and the balance of the record, does hereby find and ORDER:

1) The Court adopts the Report and Recommendation.
2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.
3) The Clerk is DIRECTED to provide copies of this Order to the parties and Judge Tsuchida.

///

DATED this 19th day of September 2017.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER REVERSING AND REMANDING CASE FOR
FURTHER ADMINISTRATIVE PROCEEDINGS - 2