THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIAN SHARIF ALI, | CASE NO. C16-1734-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NANCY A. BERRYHILL, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for EAJA fees (Dkt. No. 25) and the parties stipulated motion for EAJA fees (Dkt. No. 27). Plaintiff's motion seeks $2,792.55 in attorney fees, yet the parties stipulate to a lesser amount—$2,194.70. (*Compare* Dkt. No. 25 at 1, *with* Dkt. No. 27 at 1.) Plaintiff is DIRECTED to account for this discrepancy.

DATED this 22nd day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C16-1734-JCC
PAGE - 1