THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIAN SHARIF ALI, | CASE NO. C16-1734-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY BERRYHILL, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 27). Plaintiff prevailed on appeal of final agency action and is entitled to an award of attorney fees. (*See* Dkt. Nos. 23, 24.) Accordingly, the Court GRANTS the parties' motion and awards attorney fees in the sum of $2,194.70 and costs in the sum of $20.70, for a total of $2,215.40. If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees and costs shall be made payable to Plaintiff's attorney, Harvey S. Grad, based upon Plaintiff's assignment of these amounts to counsel. The check shall be mailed to Harvey S. Grad at the following address: HARVEY GRAD, PS, 1218 Third Avenue, Suite 1000, Seattle, WA 98101.

//

//

1    DATED this 16th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE